448 A.2d 1191
Commonwealth ex rel. Boyer v. Pare.
Appeal of William Andrew Boyer.

Submitted June 24, 1981. William G. Klingen-smith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Pare, appellee.
Before HESTER, CAVANAUGH and BECK, JJ.
Order affirmed.